
1  JACQUELYNE M. NGUYEN, Bar no. 249658
   LAW OFFICES OF JACQUELYNE M. NGUYEN
2  2900 Bristol Street, Suite "A-208"
   COSTA MESA, CA 92626
3  Telephone: (949) 722-0055
   Fax: (949) 722-8416
4  Email: jackie@jacquelynenguyenlaw.com
5  Attorney for: Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:14-cv-1971 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| JAMES R. HAUPERT, AKA JIM HAUPERT, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, James R. Haupert, aka Jim Haupert, in the principal amount of $1,147.88 plus interest accrued to March 14, 2014, in the sum of $2,157.31; with interest accruing thereafter at 7% annually until entry of judgment, for a total amount of **$3,305.19**.

DATED: 9/8/14                    By: TERRY NAFISI
                                     Clerk of the Court

                                     Deputy Clerk
                                     United States District Court

Page 5